# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

SANKONA GRAHAM,

    Plaintiff,

vs.

THEODORE EISENLOFFEL, *et al.*,

    Defendant.

2:21-cv-01674-RFB-VCF

**ORDER**

Before me are the motion identifying unserved defendants (ECF No. 23) and motion to re-serve complaint and summons (ECF NO. 25). Plaintiff has new address(es) for defendants Theodore Eisenloffel and Deputy Mounce and requests an order from the court for the U.S. Marshal to attempt service on defendants again.

Accordingly, and for good cause shown,

I ORDER that the motion identifying unserved defendants (ECF No. 23) and motion to re-serve complaint and summons (ECF NO. 25) are GRANTED.

The Clerk of Court is directed to issue reissue summonses for defendants Theodore Eisenloffel and Deputy Mounce and deliver the same to the U.S. Marshal for service. The Clerk also will send sufficient copies of the Complaint (ECF No. 1-1) and this order to the U.S. Marshal for service on Defendants.

The clerk is directed to mail to plaintiff appropriate copies of the USM-285 form. The clerk is directed to send copy of the Complaint, Summons, and copy of this order to the U.S. Marshal for service on defendants Theodore Eisenloffel and Deputy Mounce. Plaintiff has thirty (30) days within which to furnish to the U.S. Marshal the required USM-285 form with relevant information as to defendants Theodore Eisenloffel and Deputy Mounce.

Within twenty (20) days after plaintiff receives copy of the completed USM-285 form from the U.S. Marshal, plaintiff must file a notice with the court stating if defendant was served. If the plaintiff

wishes to have the U.S. Marshal attempt service again on defendant, then a motion must be filed with the court.

I FURTHER ORDERED that the time to effectuate service on defendants Theodore Eisenloffel and Deputy Mounce is extended to June 1, 2022.

DATED this 22nd day of March 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE