**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| SANKONA GRAHAM, | |
| Plaintiff, | 2:21-cv-01674-RFB-VCF |
| v. | **ORDER** |
| THEODORE EISENLOFFEL, et al., | |
| Defendant. | |

Before the Court are the motion for entry of clerk's default (ECF NO. 36) and motion to strike reply (ECF No. 39).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing on the motion for entry of clerk's default (ECF NO. 36) and motion to strike reply (ECF No. 39), is scheduled for 10:00 AM, August 27, 2022, before Judge Cam Ferenbach.

IT IS FURTHER ORDERED that defense counsel, Brent L. Ryan, will make the necessary arrangements for plaintiff Graham to appear by video conference. Plaintiff Graham may appear by telephone, if video conference is not possible at her facility. Mr. Ryan must coordinate with Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov regarding this arrangement by August 25, 2022.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, August 26, 2022.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

1 • Log on to the call ten (10) minutes prior to the hearing time.

2 • Mute your sound prior to entering the hearing.

3 • Do not talk over one another.

4 • State your name prior to speaking for the record.

5 • Do not have others in the video screen or moving in the background.

6 • No recording of the hearing.

7 • No forwarding of any video conference invitations.

8 • Unauthorized users on the video conference will be removed.

DATED this 29th day of June 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE