**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

SANKONA GRAHAM,

    Plaintiff,

v.

THEODORE EISENLOFFEL, et al.,

    Defendant.

2:21-cv-01674-RFB-VCF

**ORDER**

Before the Court is the motion for leave to depose incarcerated plaintiff (ECF NO. 60).

Accordingly,

IT IS HEREBY ORDERED that the motion for leave to depose incarcerated plaintiff (ECF NO. 60) is added to the video conference hearing scheduled for **August 26, 2022, at 10:00 AM**.

DATED this 25th day of August 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE