**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| SANKONA GRAHAM,<br><br>             Plaintiff,<br><br>v.<br><br>THEODORE EISENLOFFEL, et al.,<br><br>             Defendants. | Case No.: 2:21-cv-1674-RFB-VCF<br><br>**REFERRAL TO PRO BONO PROGRAM** |

Before the court is the motion for appointment of counsel (ECF No. 77).

Civil litigants do not have a right to appointed counsel. The court will not appoint counsel for this case.

However, the court will refer this case to the Pro Bono Program ("Program") adopted in General Order 2019-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Sankona Graham. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case. Accordingly,

**IT IS HEREBY ORDERED** that the motion for appointment of counsel (ECF No. 77) is DENIED.

**IT IS FURTHER ORDERED that** this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

**IT IS FURTHER ORDERED** that the Clerk forwards this order to the Pro Bono Liaison.

DATED this 17th day of April 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE