# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

Sankona Graham,

        Plaintiff(s),

v.

Theodore Eisenloffel,

        Defendant(s).

2:21-cv-01674-RFB-VCF

**ORDER**

Before the court the motion to provide notification of change of address and/or relevant information (ECF NO. 134).

Accordingly,

IT IS HEREBY ORDERED that the motion to provide notification of change of address and/or relevant information (ECF NO. 134), is added to the scheduled hearing on July 25, 2023 at 1:00 PM.

DATED this 13th day of July 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE