# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sankona Graham,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>Theodore Eisenloffel, et al.,<br><br>　　　　　　Defendant(s). | 2:21-cv-01674-RFB-MDC<br><br>**Order** |

　　　　Pro bono attorneys Cory Ford and Andre Lagomarsino have filed an emergency motion to withdraw as counsel for plaintiff Sankona Graham. ECF No. 154. The Court has reviewed the motion.

　　　　IT IS ORDERED that any opposition to *the emergency motion to withdraw* (ECF No. 154) shall be filed in the ordinary course, by February 8, 2024.

　　　　IT IS FURTHER ORDERED that discovery in this case is STAYED and all remaining discovery deadlines are VACATED pending further order of the Court.

　　　　DATED this 26th day of January 2024.

　　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Maximiliano D. Couvillier III
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge