UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Sankona Graham,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br><br>Theodore Eisenloffel, et al.,<br><br>　　　　　　　Defendant(s). | 2:21-cv-01674-RFB-MDC<br><br>**Order denying plaintiff's emergency motion (ECF No. 170)** |

The Court has reviewed plaintiff's emergency motion (ECF No. 170) and denies his motion because plaintiff does not present any reasonable grounds to prevent his deposition. Plaintiff's prior deposition was terminated because defendant's counsel felt threatened (ECF No. 154). Plaintiff's prior deposition conduct further resulted in the withdrawal of his pro-bono counsel (ECF No. 154). Plaintiff is cautioned that further allegations of his misconduct may result in an order to show cause and possible sanctions.

**It is so ordered** that:

1. Plaintiff Sankona Graham's *emergency motion to object, terminate, and/or limit deposition* (ECF No. 170) is denied.
2. Plaintiff is CAUTIONED that failure to comply with this order or further allegations of misconduct may result in an order to show cause and possible sanctions.

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified

time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this order may result in dismissal of this case.

It is so ordered.

Dated this 26th day of March 2024.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge