*
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
1885 South Arlington Ave., Suite 205
Reno, Nevada 89509
Telephone: (775) 786-3930
*Attorneys for the Nye County Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SANKONA GRAHAM,<br><br>    Plaintiff,<br><br>vs.<br><br>THEODORE EISENLOFFEL, *et al.*,<br><br>    Defendants.<br>_____/ | Case No.: 2:21-cv-01674-RFB-MDC<br><br>**SUGGESTION OF DEATH<br>ON THE RECORD** |

COMES NOW, DEFENDANTS, NYE COUNTY, THEODORE EISELOFFEL, SAMUEL MOUNCE, SHARON WEHRLY, DAVID BORUCHOWITZ and WILLIAM GRAY (hereinafter, the "Nye County Defendants"), by and through their Attorneys of Record, ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L. RYMAN, ESQ., and pursuant to FRCP Rule 25(a)(1) hereby informs the Court and parties of Defendant, Sharon Wehrly's passing on December 14, 2023.

///

///

///

Case 2:21-cv-01674-RFB-MDC   Document 173   Filed 03/28/24   Page 2 of 3

1   This Suggestion of Death on the Record is made for the purposes of FRCP
2  Rule 25(a)(1), so that justice may be done, and not for the purposes of undue delay.
3   DATED this 28th day of March, 2024.

                        ERICKSON, THORPE & SWAINSTON, LTD.

                        /s/ Brent Ryman
BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
1885 South Arlington Ave., Suite 205
Reno, Nevada 89509
Telephone: (775) 786-3930
*Attorneys for the Nye County Defendants*



2

# **CERTIFICATE OF SERVICE**

Pursuant to FRCP Rule 5, I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD. and that on this day I caused to be served a true and correct copy of the attached document by:

☐ U.S. Mail

☐ Facsimile Transmission

☐ Personal Service

☐ Messenger Service

X   CMECF

addressed to the following:

    SANKONA GRAHAM (#1271113)
    HDSP
    P.O. Box 650
    Indian Springs, Nevada 89070
    *Plaintiff, in pro per*

    DAVID J. MORTENSEN, ESQ.
    COURTNEY CHRISTOPHER, ESQ.
    SHADY SIRSY, ESQ.
    *MESSNER REEVES LLP*
    8945 West Russell Road, Suite 300
    Las Vegas, Nevada 89148
    *Attorneys for Serenity Defendants*

DATED this 28th day of March, 2024.

                                /s/ Brent Ryman
                                Brent Ryman

