1 Sankona Graham #1271113
2 22010 Cold Creek Road
3 Indian Springs, NV 89070
4 (Plaintiff) (Pro se)

5           United States District Court
6              District of Nevada

7 Sankona Graham              Case No.:
8       Plaintiff.            2:21-cv-01674-RFB-MDC
9    v.
10 Theodore Eisenloffel,      Objection to (Ecf #183)
11 et. al.,                   Motion to Stay
12         Defendants

13     Comes now Plaintiff, Sankona Graham, hereby submits an
14 objection, for the record to Ecf #183. As mentioned in
15 Ecf #184, 180, etc there has been complications with HDSP law
16 library due to thier interest in the litigation. (Ecf 183, 185) Plaintiff
17 did not receive until today further bolstering the point. The objection
18 is made pursuant to LR IB 3-1(a)
19     Defense counsel is relying on technicalities, plaintiff's
20 confusion, and time to bring all attention to anything other
21 than actions factually made by Defendant's. Also see ecf 182
22 no minutes were attached to efile. The newspaper article is
23 one of many that establishes admissible pattern in this courts
24 jurisdiction.
25     Frankly Defense counsel is strategizing and should be compelled
26 to respond to motion for summary judgement① or settle which
27 is far too lenient considering the facts.
28     Dated this 17th day of April, 2024

                1 of 3

1
2                                    Sankara Graham
                                          /s/
3  ① Regardless of whether Ryman files a motion to dismiss he is
4  preparing, whether he disagrees to facts being presented to
5  expose his clients conduct, or planning to use transcripts from
6  a nervous, scared, pro se, Deponent who gave answers as he
7  thought he understood (and there are Rules that govern this)
8  summary judgement is a matter of law. Not to be avoided
9  to free up space or act like you are interested in settling
10 to manipulate a continuance/extension that was objected
11 to. Ecf #175 has been filed. The Rules are clear.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1            Certificate of Service
2 I declare that I caused to be served the attached
3 opposition via HDSP Law library electronic filing
4 system on this 17th day of April, 2024 to the following:
5
6 cmecf@nvd.uscourts.gov
7
8 To be filed in the case.
9
10                      Senkara Graham
11                             /s/
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28