Shady Sirsy, Esq. (NBN 15818)
2250 Las Vegas Boulevard North, Suite 400
North Las Vegas, NV 89030
Telephone: (702) 486-2445
s.sirsy@sos.nv.gov

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANKONA GRAHAM | Case No. 2:21-cv-01674-RFB-MDC |
| Plaintiff, | |
| vs. | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| THEODORE EISENLOFFEL; SAMUEL MOUNCE; THE COUNTY OF NYE; SHARON A. WEHRLY; DAVID BORUCHOWITZ; WILLIAM GRAY; RAYMOND HUNTLEY; KRISTEN CLEVELAND; SERENITY HEALTH; GABY CRUZ; MICHAEL MALL; JEFF M. RHODEN; PATRICIA RHODEN; SHARON BENES; DOE INDIVIDUALS I-X; ROE ENTITIES I-X, inclusive, | |
| Defendants. | |

TO:      ALL PARTIES AND TO THE COURT

PLEASE TAKE NOTICE that Shady Sirsy, Esq., formerly of MESSNER REEVES, LLP, and formerly appearing on behalf of Defendants SERENITY HEALTH and GABY CRUZ, is no longer associated with this case.  Shady Sirsy respectfully requests his removal from the list of attorneys associated with this case, as well as future pleadings, notices, orders, and other court documents. HUTCHISON & STEFFEN, PLLC, will continue to represent SERENITY HEALTH and GABY CRUZ.

Dated this 1st day of May, 2024.

Submitted by:

Shady Sirsy, Esq.

By: */s/ Shady Sirsy*_____
     Shady Sirsy, Esq. (NBN 15818)

2250 Las Vegas Boulevard North, Suite 400
North Las Vegas, NV 89030

IT IS SO ORDERED.  No opposition filed.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 5/17/24

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 1, 2024, I submitted the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL** to be served on all parties to this action via electronic service through the Court's CM/ECF system.

Dated this 1st day of May, 2024.

*/s/ Shady Sirsy*
Shady Sirsy, Esq.
