UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SANKONA GRAHAM,<br><br>Plaintiff,<br><br>v.<br><br>THEODORE EISENLOFFEL, *et al.*,<br><br>Defendants. | Case No. 2:21-cv-01674-RFB-MDC<br><br>**ORDER** |

Before the Court is Plaintiff's Emergency Motion to File Ex Parte Confidential Settlement Conference Statement. ECF No. 228. The Court having reviewed the Motion,

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion to File Ex Parte Confidential Settlement Conference Statement (ECF No. 228) is GRANTED in part and DENIED in part.

IT IS FURTHER ORDERED that Plaintiff's request to submit another confidential settlement statement consisting of 20 pages is GRANTED. Plaintiff **must** mail his brief no later than **June 7, 2024**.

IT IS FURTHER ORDERED that Plaintiff's request to reschedule the settlement conference is DENIED.

DATED this 31st day of May, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1