UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SANKONA GRAHAM,<br><br>  Plaintiff,<br><br>  v.<br><br>THEODORE EISENLOFFEL, *et al.*,<br><br>  Defendants. | Case No. 2:21-cv-01674-RFB-MDC<br><br>**ORDER** |

The Court is in receipt of Plaintiff's Notice re ECF No. 248. ECF No. 254. The Court does not fully understand what Plaintiff is suggesting in his Notice. Nonetheless, the Notice reflects Plaintiff received the settlement documents that were mailed by Defendants. *Id*. at 1:16 (Plaintiff states he received the settlement documents "opened."). Even assuming the prison facility opened Plaintiff's mail, the settlement with Nye County is not (and could not be) confidential. The settlement remains valid and enforceable. Plaintiff is again encouraged to sign the settlement agreement reflecting terms that Plaintiff stated, on the record, he understood and to which he agreed. *See also* Plaintiff's filing at ECF No. 247 titled "Notice re: Settlement Reached." Absent the filing of a stipulation and order to dismiss this matter within the next 30 to 45 days, the Court may issue an Order to Show Cause why the settlement should not be enforced.

The Court notes the Motion to Enforce (ECF No. 244) filed by Plaintiff in which he asks that the settlement conference be held. The settlement conference was held on July 19, 2024. Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Enforce (ECF No. 244) is DENIED as moot.

DATED this 13th day of August, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE