\*
BRENT L. RYMAN, ESQ. (#008648)
PAUL M. BERTONE, ESQ. (#004533)
ERICKSON, THORPE & SWAINSTON, LTD.
1885 South Arlington Ave., Suite 205
Reno, Nevada 89509
Telephone: (775) 786-3930
*Attorneys for the Nye County Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

SANKONA GRAHAM,

    Plaintiff,

vs.

THEODORE EISENLOFFEL, *et al.*,

    Defendants.

Case No.: 2:21-cv-01674-RFB-MDC

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

COMES NOW, DEFENDANTS, NYE COUNTY, THEODORE EISELOFFEL, SAMUEL MOUNCE, SHARON WEHRLY, DAVID BORUCHOWITZ, WILLIAM GRAY, RAY HUNTLEY and KRISTEN CLEVELAND (hereinafter, the "Nye County Defendants"), by and through their Attorneys of Record, ERICKSON, THORPE & SWAINSTON, LTD., and BRENT L. RYMAN, ESQ., and PAUL M. BERTONE, ESQ., along with DEFENDANTS SERENITY HEALTH, GABY CRUZ, MICHAEL MALL, JEFF M. RHODEN, PATRICIA RHODEN, and SHARON BENES, and Plaintiff, SANKONA

///

///

1  GRAHAM, *in pro se*, and hereby stipulate that the above-entitled action may be dismissed,
2  with prejudice, with all parties to bear their own court costs and attorney's fees.
3  DATED this 19th day of August, 2024.

ERICKSON, THORPE & SWAINSTON, LTD.

/s/ Brent R.

BRENT L. RYMAN, ESQ. (#008648)
ERICKSON, THORPE & SWAINSTON, LTD.
1885 South Arlington Ave., Suite 205
Reno, Nevada 89509
Telephone: (775) 786-3930
*Attorneys for the Nye County Defendants*

10  ///
11  ///
12  ///
13  ///

14  DATED this 30th day of July, 2024.

HUTCHISON & STEFFEN, PLLC

/s/ Courtney

DAVID J. MORTENSEN, ESQ. (#002547)
COURTNEY CHRISTOPHER, ESQ. (#012717)
BRITTANY A. LEWIS, ESQ. (#014565)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (775) 786-3930
*Attorneys for the Serenity Health Defendants*

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

DATED this 31 day of July, 2024.

By _____
SANKONA GRAHAM
*Plaintiff, In Proper Person*

///

**ORDER**

Upon good cause appearing,

IT IS SO ORDERED.

DATED this 20th day of August, 2024.

_____
U. S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

Pursuant to FRCP Rule 5, I certify that I am an employee of ERICKSON, THORPE & SWAINSTON, LTD. and that on this day I caused to be served a true and correct copy of the attached document by:

☐ U.S. Mail

☐ Facsimile Transmission

☐ Personal Service

☐ Messenger Service

X CMECF

addressed to the following:

SANKONA GRAHAM (#1271113)
ESP
P.O. Box 1989
Ely, Nevada 89301
*Plaintiff, in pro per*

DAVID J. MORTENSEN, ESQ.
COURTNEY CHRISTOPHER, ESQ.
BRITTANY A. LEWIS, ESQ.
*HUTCHISON & STEFFEN, PLLC*
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Serenity Defendants*

DATED this 19th day of AUGUST, 2024.

/s/ Brent Ryman
Brent Ryman