**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Sankona Graham,

Plaintiffs,

vs.

Theodore Eisenloffel, et al.,

Defendants.

2:21-cv-01674-RFB-MDC

**ORDER STRIKING ROGUE FILINGS**

This case is closed. It also appears that plaintiff filed notices of appeal. *ECF Nos. 286 and 291*. The plaintiff also filed multiple motions in this closed case. *ECF Nos. 264, 267, 269, 270, 275, 277, 280, 283, 284, 290.* Because this case is closed, the Court cannot act on plaintiff's filings and thus, the Court strikes them from the record. *Spurlock v. F.B.I.*, 69 F.3d 1010, 1016 (9th Cir. 1995) (the district court has inherent authority to strike improper filings "to promulgate and enforce rules for the management of litigation"). Plaintiff will not be prejudiced because he can refile them if this case is reopened if his appeal is successful.

**IT IS SO ORDERED THAT:**

1. Plaintiff's *Motion to Preserve and Report* (ECF No. 264); *Motion to Preserve and Report* (ECF No. 267); *Motion for Hearing* (ECF No. 269); *Motion for Action* (ECF No. 270); *Motion to Preserve and Report* (ECF No. 275); *Motion De Novo* (ECF No. 277); *Motion to Reserve and Report* (ECF No. 280); *Motion De Novo* (ECF No. 283); *Motion* (ECF No. 284); and *Motion or Information and Advise* (ECF No. 290) are all **STRICKEN.**
2. Plaintiff is **CAUTIONED** that this matter is closed, and he may not file any more documents in this case unless it pertains to his appeal or if this case is reopened after his appeal.

DATED: August 27, 2026.

_______________________________

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, parties must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in sanctions.**